UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

against

RALPH SANTANIELLO,

Supervisee.

No. 16-cr-522-42 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of Supervisee's request for early termination of his three-year term of supervised release.  IT IS HEREBY ORDERED THAT the government shall submit a letter responding to Supervisee's request by January 27, 2023.

SO ORDERED.

Dated:    January 20, 2023
          New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation