# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-                    16-cr-00522(RJS)

**ORDER FOR ADMISSION PRO HAC VICE**

RALPH SANTANIELLO, Supervisee.

    The Motion of **Daniel D. Kelly**, for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of **Massachusetts**; and that his/her contact information is as follows:

Applicant Name: Daniel D. Kelly

Firm Name: Law Offices of Daniel D. Kelly

Address: 33 Mulberry Street

City/State/Zip: Springfield, MA 01105

Telephone/Fax: 413 733-0770 / 413 733-1245

Email: DKelly@DanKellyLawOffices.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **Ralph Santaniello** in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 2/13/2023

                                              United States District/Magistrate Judge